UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

Barbara Hyk-Zimmer,

Plaintiff,

v.

Sylvan Learning Systems, Inc.,
a Maryland corporation, d/b/a
Sylvan Prometic,

Defendant.

Court File No.: 00-1663 JMR/FLN

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

WHEREAS, the above-entitled claim having been fully compromised and settled, it is hereby stipulated and agreed, by and between the parties thereto, through their respective undersigned counsel of record, that the same, including all claims which were or could have been asserted therein, may be dismissed on its merits and with prejudice but without cost to any party.

IT IS FURTHER STIPULATED AND AGREED that based upon this Stipulation, the Court may enter judgment.

Dated: December 28th, 2000.

LAW OFFICES OF ANN MOZEY

By: [signature]
Ann M. I. Mozey, Esq.
101 Union Plaza Building
333 North Washington Avenue
Minneapolis, MN 55401
Telephone: (612) 340-0044

**ATTORNEYS FOR PLAINTIFF BARBARA HYK-ZIMMER**

Dated: December 28, 2000.

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: [signature]
Patricia A. Bloodgood, #157673
Susan E. Ellingstad, #243346
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

**ATTORNEYS FOR DEFENDANT SYLVAN LEARNING SYSTEMS, INC.**

JAN 04 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JAN
DEPUTY CLERK

284898-1

**ORDER**

Based on the foregoing Stipulation for Dismissal;

IT IS ORDERED that the above-entitled action be, and the same hereby is, dismissed with prejudice without costs to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 3rd, 2001

BY THE COURT:

Honorable James M. Rosenbaum
U.S. District Court Judge